UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| DENISE MARIE THOMAS, | |
|---|---|
| Plaintiff, | NO. CV-09-0364-LRS |
| vs. | ORDER OF DISMISSAL |
| SPOKANE COUNTY SHERIFF DEPARTMENT, SPOKANE VALLEY POLICE DEPARTMENT, SPOKANE COUNTY, and JEFFREY L. WELTON, | |
| Defendants. | |

Pursuant to the "Stipulated Motion For Dismissal," Ct. Rec. 29, filed February 25, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide a copy to counsel of record and forward a copy to Plaintiff.

**DATED** this  28th   day of February, 2011.

*s/Lonny R. Suko*
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER